### Arthur VANMOOR, Plaintiff–Appellant,

v.

### SONOCO PRODUCTS COMPANY, INC., Defendant–Appellee.

No. 02–1242.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2002.

Before MAYER, Chief Judge, BRYSON and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.